IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

CASE NO. 13-30185

---

LUTHER SCOTT, JR., for himself and all other persons similarly situated; LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated,

Plaintiffs - Appellees

v.

TOM SCHEDLER, in his official capacity as Louisiana Secretary of State,

Defendant - Appellant

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
THE HONORABLE JANE TRICHE-MILAZZO, PRESIDING
(Docket No. 11-926)

---

# SUPPLEMENTAL REPLY BRIEF OF APPELLANT, TOM SCHEDLER, IN RESPONSE TO THE AMICUS CURIAE BRIEF FILED BY DEMOS

---

CELIA R. CANGELOSI
Louisiana Bar Roll No. 12140
918 Government Street, Suite 101
P. O. Box 3036
Baton Rouge, Louisiana 70821-3036
Telephone: (225) 387-0511

CAREY T. JONES
Louisiana Bar Roll No. 07474
1234 Del Este, Suite 803
P.O. Box 700
Denham Springs, LA 70727
Telephone: (225) 664-0077

*Attorneys for Defendant - Appellant, Tom Schedler, in his Official Capacity as Louisiana Secretary of State*

CERTIFICATE OF INTERESTED PARTIES

LUTHER SCOTT, JR., for himself and all other persons similarly situated; LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated,

Plaintiffs - Appellees

Docket No. 13-30185

v.

TOM SCHEDLER, in his official capacity as Louisiana Secretary of State,

Defendant - Appellant

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal:

1. LUTHER SCOTT, JR., plaintiff-appellee;

2. LOUISIANA STATE CONFERENCE OF THE NAACP, plaintiff-appellee;

3. Ronald L. Wilson, Leah Camille Aden, Sarah Brannon, Israel David, Ryan Haygood, Natasha Korgaonkar, Jesse Loffler, David Yellin and Michael de Leeuw, attorneys for Plaintiffs-Appellees;

4. Ronald L. Wilson; Dale Ho, Natasha Korgaonkar, Ryan P. Haygood [NAACP Legal Defense & Educational Fund]; Niyati Shah, Michelle Rupp, Sarah Brannon [Project Vote], Israel David, Michael B. De Leeuw, Erica Sollie, David Yellin and Jesse Loffler [Fried, Frank, Harris, Shriver & Jacobson, L.L.P.], attorneys for Plaintiffs in the district court;

5. April J. Anderson, attorney for United States of America, amicus curiae;

6. Lisa Joy Danetz, attorney for Demos, amicus curiae; and

7. Celia R. Cangelosi and Carey T. Jones, attorneys for Defendant-Appellant.

Baton Rouge, Louisiana this 26th day of August, 2013.

s/Celia R. Cangelosi
Celia R. Cangelosi, La. Bar No. 12140

*Attorney for Defendant-Appellee, Tom Schedler*

# TABLE OF CONTENTS

Page

CERTIFICATE OF INTERESTED PARTIES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

TABLE OF AUTHORITIES.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

SUPPLEMENTAL STATEMENT OF THE CASE. . . . . . . . . . . . . . . . . . . . . . . . . 1

SUMMARY OF SUPPLEMENTAL ARGUMENT.. . . . . . . . . . . . . . . . . . . . . . . . . 2

SUPPLEMENTAL ARGUMENT.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

CONCLUSION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22

CERTIFICATE OF SERVICE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

CERTIFICATE OF COMPLIANCE WITH RULE 32(a). . . . . . . . . . . . . . . . . . . 24

APPENDIX

LA-1 Demographic & Voter Registration Data. . . . . . . . . . . . . . . . . . . . . . 25

# TABLE OF AUTHORITIES

Page

## CASES

*Arizona v. Inter Tribal Council of Arizona,* 133 S.Ct. 2247 (2103). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3, 4

*Clapper v. Amnesty Int'l USA*, 133 S.Ct. 1138 (2013). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Hollingsworth v. Perry*, 133 S.Ct. 2652 (2013). . . . . . . . . . . . . . . . . . . . . . . . . . . 3

*Raines v. Byrd*, 521 U.S. 811 (1997).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

## UNITED STATES CONSTITUTION

Article III, US Constitution.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

## FEDERAL STATUTES

National Voter Registration Act (NVRA)

42USC§1973gg-2. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

42USC§1973gg-4. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

42USC§1973gg-5. . . . . . . . . . . . . . . . . . . . . 8, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21

42USC§1973gg-9. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

## OTHER

James Fallows, *Tech, Why is Software So Slow?*, The Atlantic, September 2013. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

## SUPPLEMENTAL STATEMENT OF THE CASE

On May 28, 2013, Demos, moved for leave to file an amicus brief, 212 pages in length, in support of the Appellees. Included were Appendices A - J, attaching evidence not included in the record below. Other evidence, also not in the record, was referred to throughout the amicus brief and included through the use of web citations.

On May 30, 2013, Schedler, appellant, opposed the requested filing and particularly, the inclusion of new evidence not in the record below.

By Order dated August 2, 2013, the filing of the Demos amicus brief was allowed by this Court.

On August 8, 2013, Schedler filed a motion requesting leave to file supplemental reply brief (Schedler's original reply brief was timely filed on June 6, 2013) in order to be able to respond to the Demos amicus reply brief and particularly to the new evidence submitted by Demos.

The request was granted by Order dated August 9, 2013.

Schedler files this supplemental reply brief in response to the amicus curiae brief of Demos.

## SUMMARY OF SUPPLEMENTAL ARGUMENT

Under the separation of powers doctrine, Art III courts are not empowered to exercise legislative functions by making or amending laws under the guise of judicial interpretation. No matter how compelling the justification for changing a federal statute, the courts have taken care to keep the judiciary's power in its proper sphere by leaving to the political branches the making and amending of laws.

The amicus brief urges the court, in effect, to graft a method of voter registration for federal elections by "remote" transactions at voter registration agencies, to the three methods now provided in the Act - - (1) simultaneously with a drivers license application, (2) in person application at voter registration agencies and (3) by mail application. Otherwise, claims the amicus, the effectiveness of the agency registration provisions of the NVRA will be rendered less effective.

This court should not amend the Act by judicial interpretation, but if a new method of registration is to be added to the NVRA, the Act will require a fairly comprehensive revision in order to provide procedures for such a registration method.

SUPPLEMENTAL ARGUMENT

In two recent decisions on standing, the Supreme Court reminded us of the "overriding and time-honored concern about keeping the Judiciary' power within its proper constitutional sphere", lest the court usurp the powers of the political branches. *Clapper v. Amnesty Int'l USA*, 133 S. Ct. 1138, 1146, (2013); *Hollingsworth v. Perry*, 133 S. Ct. 2652, 2661 (2013), quoting *Raines v. Byrd*, 521 U.S. 811 (1997). This, notes the court is *Hollingsworth,* is a function of the separation of powers established by the Constitution. It is not the role of the courts to engage in policy-making that is more properly left to elected representatives. *Hollingsworth*, 2659.

The Secretary of State has coordinated Louisiana's responsibilities under the NVRA and has maintained throughout the litigation that, as a matter of statutory construction, the NVRA by its terms mandates that the states use voter registration procedures for federal elections by three methods - - (1) simultaneously with a driver's license, (2) in person at certain designated offices and (3) by mail. The Supreme Court in *Arizona v. Inter Tribal Council of Arizona*, 133 S. Ct. 2247 (2013) vindicated the Secretary's view. "The Act [NVRA] requires each State to permit prospective voters to 'register to vote in elections for Federal office' by any of three methods: simultaneously a driver's license

application, in person, or by mail. §1973gg-2(a)." *Arizona*, 2251.

The amicus filed by Demos in support of the Appellees, urges this Court to update the NVRA enacted by Congress by extending its coverage to so-called "remote" transactions with certain agencies in order to meet the NVRA's objective of increasing the voter rolls for Federal elections. Demos argues that as agencies increase the use of "remote" transactions, fewer and fewer applicants will be offered an opportunity to register to vote through the agencies if the NVRA is not extended to cover "remote" as well as "in person" applications.

This same policy argument can be made with respect to mail registration procedures under §1973gg-2, gg-4. Even though "mail" is a commonly understood term and the mandated procedures in 1973gg-4 inarguably contemplate the use of paper forms, should not the court redefine the mail application provisions as a matter of policy to include electronic mail as the use of U.S. mail ("snail" mail) continues to decline thereby reducing the effectiveness of the Act. Demos asks the Court to engage in just such a policy-making exercise by recasting the provisions of the NVRA in order to ensure the Act's effectiveness.

The Secretary of State suggests that the Demos's policy arguments, while compelling in some respects, are more properly addressed to Congress; its fundamental premise of declining registration among low income citizens is

flawed; the state procedures outlined in the attachments to the amicus brief are not consistent with each other or with the mandated procedures of the NVRA; the procedures prescribed by the NVRA for in person transactions will require comprehensive amendment if the Act is to be extended to "remote" applications.

The Amicus Brief Rests Upon a Faulty Premise of Declining Voter Registration Opportunity Among Low Income Citizens

Demos argues that until "remote" methods of voter registration are utilized by public assistance agencies in Louisiana, low income citizens' opportunity to register to vote will be limited. Voter registration data in Louisiana do not bear out Demos' supposition in that regard.

Louisiana is a relatively poor state with a large number of low income residents, yet its voter registration rate is greater than most of the states. Exhibit LA-1, drawn from governmental databases for the census year 2010 and prior to the filing of the present litigation, reflects that low income citizens are represented in roughly equal or greater percentages on the voter registration rolls than those persons in higher income categories.

Obviously, the how and why of registration rates require further analysis and study to assess the factors that result in high registration rates and the success or failure of particular registration methods. Whether and how to change

registration methods, policies and procedures and laws are developed through the legislative process taking into account demographic data, the collective experiences of the various states, input from citizens, consultation with experts, comparative methods in other democratic nations, and other relevant factors. Demos' policy arguments in favor of expanding the coverage of the NVRA through judicial action takes the courts pretty deep in the weeds of policy-making without the benefit of the tools available to and traditionally used by the political branches in adopting laws.

Demos' Policy Arguments for Expanding the NVRA Should Be Addressed to Congress

The NVRA is essentially an instruction manual for conducting voter registration (1) simultaneously with a drivers license, (2) in person at voter registration agencies, and (3) by mail. Congress gave each method its own set of instructions and procedures.

Schedler's Brief in Reply points out a number of anomalies that result when remote transactions, such as online or telephone applications, are force-fit into the in person registration scheme enacted by Congress. Grafting other methods of registration onto the Act requires procedures that work for each such method.

The NVRA agency registration procedures are designed for in person

transaction in which an applicant and an agency representative have a face to face exchange. Apropos in that regard is an excerpt from a recent interview with Charles Simonyi, a leading software developer, on the difficulty in developing software.[1]

> "Today, most of the information we exchange is expressed in English. There's nothing wrong with English as one form of expression. The problem with English is that it has been shaped by evolution to work between human beings, and mostly in a face-to-face or a conversational sense. You know how difficult it is to write and be clear when you are not in a conversation, like you and I are right now. If I were to mumble or say something ambiguous, we could resolve it with a question and an answer. When you are writing, you don't have that luxury of interaction with your reader."

In person transactions are inherently different from remote transactions, and detailed instructions on how to conduct an in person transaction do not work with remote transactions.

Face to face an applicant and an agency representative can resolve any confusion about the declaration form, its meaning and significance through conversation. By the same token, the agency representative is able to offer assistance with the forms unless the applicant says that he or she does not want assistance in filling out the form. The applicant can then give the completed form

---

[1] James Fallows, *Tech, Why is Software So Slow?*, The Atlantic, September 2013, at p. 28.

to the agency representative for mailing to the appropriate registrar's office. Remote registration is different and calls for a different set of procedures.

The declaration form required in §1973gg-5(a)(6)(B) is the most obvious piece of useless baggage for remote registration, whether online, telephone or mail. The voter registration preference question is non-sensical in any form of remote transaction. The form cannot be marked or signed by the applicant. It might never arrive back at the public assistance office if a mailing of forms is involved. The voter registration form and the declaration may never be returned by the applicant so that the agency has no record as to whether or not the applicant declined registration. And, how does the agency assist the applicant with the completion of the voter application form? The agency provisions in gg-5 mandate that agencies provide assistance to the applicant in completing the voter registration form unless the applicant declines assistance. The best the agency can do with in the case of a mail transaction is to offer a telephone number for the applicant to call if he or she wants assistance. This is a violation of the dictates of the agency registration procedures. Under Section 7, the applicant is not required to call and request assistance; the agency must provide it unless assistance is declined.

The same deficiencies hold for telephone and online registrations. Again

the procedures set out in the agency registration provisions of the Act do not work for remote transactions.

The declaration form is an impediment to voter registration for remote applicants. It serves no purpose. It lends confusion to the process. For remote transactions, it should not be used.

The Secretary of State thinks that procedures for remote applications can be developed. Considering, for example, online registration. Replace the declaration form with simplified instructions to advise the applicant of his or her option to register. The agency can then provide a link to the Secretary of State "geauxvote" website where the applicant can register or change his or her registration electronically or by printable download of a mail voter registration form. However, the NVRA, because it is designed for in person transactions, does not allow such a procedure, and the district court disapproved of Department of Children and Family Services' use of such a link to discharge the agencies' obligation under the Act.

The Secretary of State does not argue that workable procedures for remote transactions cannot be devised. This is the very reason that the Secretary expended several million dollars and considerable effort in developing online voter registration. But, that is not the question before the court. The issue is

whether the NVRA as presently written, requires remote registration in accordance with existing terms of the Act.

The Attachments to Demos Amicus Brief Undermine Its Position

The attachments to Demos' amicus brief show that a number of different states are doing a number of different things with respect to online transactions. The Secretary of State cannot find among the attachments a state procedure that conforms to the procedures prescribed for agency registration.

Demos' amicus brief contains factual material outside the record of the case, including the following:

Appendix A, Letter to Demos, Nicole Zeilter of Project Vote (an attorney who represented plaintiffs in district court below) and others from the Michigan Department of Human Services;

Appendix B, Texas Works Bulletin;

Appendix C, Texas Course Introduction;

Appendix D, an answer to an interrogatory (but no interrogatory) in a case in Nevada district court;

Appendix E, Power point from Virginia Department of Social Services;

Appendix F, Memo from Maryland Secretary of State;

Appendix G, Letter to Demos, Project Vote (Project Vote attorneys represented plaintiffs in district court) and others from Michigan Department of Human Services;

Appendix H, Training Manual prepared by Michigan Secretary of State;

Appendix I, Training Manual prepared by North Carolina State Board of Elections;

Appendix J, Power point from North Carolina.

•Cites to 25 benefit application websites from states other than Louisiana (pp. xiii-xiv), many of which indicate "Page Not Found";

•Cites to eight settlement agreements from other states;

•Cites to three more documents from states other than Louisiana;

•Cites to an AP newspaper article after a ruling made by the district court, and to a pleading filed by plaintiffs in this case;

•Cite to eight articles regarding technology and the internet;

•Cite to a Statement of Interest filed by the United States in a Georgia case;

•Cite to a report from a State Compliance Council; and

•Demos' represents to the court what other states have done or are planning to do, and references at pp. 17 and 20 to "Demos' experience", at pp. 17 and 18 to Demos' "awareness", and at p. 22 to Demos' "confidence"

Schedler objected to this factual evidence in the opposition to the filing of the amicus brief. The filing was allowed. In requesting leave to file response, Schedler was granted time to respond to the amicus brief and its new evidence.

The amicus attachments can generally be characterized as follows:

a. Settlement or consent agreements entered into by states other than Louisiana;

b. Unauthenticated, many undated, snippets from states other than Louisiana purporting to represent some aspect of voter registration activity in the other state;

c. Cites to websites which, when searched in many cases, contain nothing or not what purport to be;

d. Cites to writings about the internet and current or future use thereof;

e. "Expert" testimony of Demos.

None are relevant to the issue of statutory construction of the NVRA or whether plaintiffs have standing, the issues before this Court on appeal. Nor are most of the documents complete, authenticated, verified, or otherwise acceptable as evidence of anything.

Demos represents that its new evidence shows that some public assistance transactions occur other than in person at public assistance offices and that some states are offering or attempting to offer voter registration in some form or manner for some remote transactions by remote means.

What the Demos new evidence does show, to the extent any of it can be retrieved online or understood from the abbreviated attachment, is that Section 7 of the NVRA cannot and has not been applied as it is written by any state to remote transactions. The best example is found in Appendix A, a January 27, 2012 letter from Michigan Deputy Director of Department of Human Services to

Demos, Project Vote, Lawyers Committee for Civil Rights, and NAACP, obviously in response to a 42USC1973gg-9 notice of violation letter, detailing Michigan's effort to incorporate voter registration into its automated benefit process. How Michigan follows the NVRA for in person transactions is detailed in three short paragraphs on the center of page 3, essentially quoting Section 7 of the NVRA. In contrast, the method by which Michigan will attempt to offer voter registration opportunities through its "on line benefits application system" is detailed over the course of 3 pages and varies from the NVRA requirements, validating Schedler's argument that the NVRA was never intended to apply to transactions other than those conducted in person. Michigan in an evident good faith effort to comply with Section 7 for online registration utilizes the following procedure:

a. Michigan requires the applicant to answer the voter registration question before being allowed to proceed with the benefit application, violating 42USC1973gg-5(a)(5)(D) and (a)(6)(B)(iii), by precluding an applicant from accessing the application for services until the applicant marks an answer that the NVRA does not require to be answered;

b. Michigan requires the applicant to <u>request</u> a voter registration application if the applicant has indicated a desire to register, in violation of 42USC1973gg-5(a)(4)(A)(i) and (a)(6)(A);

c. Michigan requires the applicant to "click" a button to be able to download and print a voter registration form, in violation of the

42USC1973gg-5(a)(4)(A)(i) and (a)(6)(A) requirements for distribution; and

d. Michigan does not provide a 42USC1973gg-5(a)(6)(B) declination form for client changes of address.

Michigan's formula shows that the requirements of Section 7 of the NVRA do not fit, were never intended to fit, and cannot be construed to fit remote transactions.

A Texas plan, Appendix B, a September 9, 2012 "Works Bulletin" also fails to comply with NVRA Section 7 by requiring the client to "request" a voter registration form and by only providing the required declination form to clients after they decline to register to vote.

Schedler is unable to determine the import of Appendix D, an answer to an interrogatory without the interrogatory, in a case dismissed by a Nevada federal district court. The statement there that 'a voter application form has been incorporated into the application both on-line and with hard copies that are mailed or available to be picked up at a DWSS office" does nothing to establish that Nevada has applied the specific requirements of NVRA Section 7 to on line transactions. No mention is made of renewal, recertifications or change of address, or declination forms, nor does requiring a client conducting business on line to pick up a voter registration form in person at an office satisfy NVRA

Section 7.

Appendix E purporting to be a June 2008 power point from Virginia Department of Social Services, states only that a voter registration application and certification form must be provided "even when a face-to-face interview is not conducted." The instructions that follow clearly contemplate in person activity, and provide no instructions for applying NVRA Section 7 to remote transactions.

Appendix F, a April 28, 2008 memo to a Maryland Section 7 work group simply provides that "Agencies should use best efforts to facilitate voter registration during out-of-office transactions with clients," p. 5, hardly requiring or applying NVRA Section 7 directives to other than in person transactions.

Appendix H, purportedly Mississippi Secretary of State 2010 NVRA Agency Guide and Training Manual, contains the general statement that both a voter registration application and a declination form must be provided "whether the interview is conducted in person, or over the telephone or by internet." The instructions that follow, however, contemplate only in person activity and do not explain how to handle or treat registration activity or the use of declination forms by mail, phone or internet. See for example, Frequently Asked Questions Nos. 6, 11, 12, 15, 18 and 19 clearly contemplating only in person activity.

Appendix I, dated February, 2007, purports to be a North Carolina NVRA

Agency Training Manual. The only mention of "other than in person" is found on p. 16, #7, providing "Whoever handles applications for services or changes of address other than in-person should send a voter registration packet in the mail to the client." Also noted for changes by mail is that a "Voter Registration Preference form should be sent in the voter packet." No further explanation is provided of how to make all requirements of NVRA Section 7 applicable to other than in person covered transactions. The explanations provided clearly contemplate only in person activity as a reading will show.

Appendix J is an undated power point for a county department of social services in somewhere. The evidentiary value, relevance or meaning of the document is a mystery.

Web Addresses To Other New Evidence Provided In Footnotes and Throughout

Footnote 1 is a web address to a blog article discussing the district court ruling. Footnote 2 cites a pleading filed by plaintiffs in district court but a click on the hyperlink indicates "page not found."

Footnotes 8, 9, 10, 11, 12, 13, and 14 purportedly contain consent decrees and/or settlement agreements by other states which, according to Demos, require compliance with Section 7 for remote transactions. Demos contends this represents an "understanding on the part of the litigants and courts that Section 7

extends to such transactions". Settlement agreements provide no such authority for statutory construction. And the settlement agreements with hyperlinks at footnotes 8, 9, 11, and 12, either indicate "cite error" or "page not found".

In footnote 16, Demos admits that at least four states, Maine, Nebraska, New Jersey, South Carolina and Vermont, offer on-line benefits without voter registration services. Demos represents that it is unable to determine whether three states, Arkansas, Kentucky and Massachusetts, offer voter registration services with on-line benefits application.

Demos goes on to represent in footnote 18, that 28 states either include voter registration with their on-line benefits applications or are in the process of integrating voter registration into on-line benefit application, citing hyperlinks for the states. The hyperlink for Alabama produces no information. The hyperlink for Arizona provides another on-line link where the individual can either go to another on-line link to register to vote, can print its own voter registration form, or is told to go to the Registrar's office to register to vote, a process that certainly does not comply with NVRA Section 7.

The California cite is to California state law providing that California will implement a process that allows applicants applying on-line for services or assistance to electronically submit a voter preference form and an affidavit of

voter registration electronically on the Secretary of State's website. This procedure, while it seems to be a good idea, does not follow NVRA Section 7.

For Illinois, the first cite provided does not work and one would have to go through the application for benefits process to determine whether or not NVRA Section 7 is followed or how it is followed in that on-line application process.

For Maryland, the cite just provides a link to the voter registration website of the State Board of Elections from the human resources website, not the process required by NVRA Section 7. Otherwise, one would have to go through the application process to determine when, how and if NVRA Section 7 is applied to the on-line process.

For Indiana, Michigan, Missouri, Ohio, Pennsylvania, Rhode Island and Georgia, settlement agreements are cited as authority. The Michigan process, Appendix A, shows that Michigan is not applying NVRA Section 7 as written to remote applications.

The hyperlink for Montana on-line services indicates "page note found".

The hyperlink to the New York website would require one to apply for benefits online to determine when and how voter registration is offered.

The cite to the Oregon website is to the 2013 Regular Session of the Oregon State Legislature page and instructs one to download committee meeting

documents not represented on the page displayed.

The Texas cites are to Appendix B, Appendix C and an April 1, 2013 provision from "Texas Work Handbook" with the same Section 7 nonconformity as Appendix A, requiring the provision of a declination form only if the individual declines to register to vote and requiring the provision of only a voter registration application (and not a declination form) when an individual applies for change of address. In contravention of the NVRA, Texas case workers are required to determine the reason why an individual does not wish to register. For telephone interviews, the declination form is only mailed if the individual declines to register. The question asked on Texas forms is "Do you wish to register to vote?", not "Do you wish to register to vote here today?", the question required by the NVRA. The Texas programs do not satisfy the NVRA Section 7 requirements as written.

The hyperlink for Washington state is a link to "Washington Connection", a link for services, where one would have to log in and follow through to see whether and how voter registration is provided.

Demos admits that an account must be created and logged into in order to view the voter registration opportunities in the on-line applications of eleven of the states, Colorado, Delaware, Florida, Georgia, Kansas, Nevada, Oklahoma,

Tennessee, Utah, Virginia, and West Virginia. Nonetheless, Demos has made its own representation as to the extent of those opportunities.

An answer to an interrogatory without the interrogatory, is cited as authority for actions in Nevada.

What Demos has represented about the 28 states listed in footnote 18, is that these states either include voter registration with their on-line benefits applications or are in the process of integrating voter registration into on-line benefits applications. The cites provided make it impossible for Schedler to determine the reliability of these representations. Schedler is certain that no website would be able to substantiate the allegation as to what any state is in the process of integrating. However, for the states able to be viewed, Schedler has not located one state that complies with the specific requirements of NVRA Section 7 for remote applications for public assistance benefits. Nor does Demos represent that any of the remote procedures fully comply with the NVRA.

See, for example, footnote 19, where Demos cites settlement agreements in Georgia and Michigan, alleging that each state allows public assistance applicants the choice of either printing a downloadable on-line voter registration application or having a voter registration application mailed to them. A review of the Michigan procedure, Appendix A, shows that in order to have a voter registration

mailed, the applicant must specifically request the mailing, even after having answered "yes" to the voter registration question, clearly in violation of Section 7 of the NVRA.

Demos cites an Alabama statute requiring the voter registration agency to mail a client filing a telephonic change of address a mail voter registration form. While this might be Alabama law, it does not comply with Section 7 of the NVRA as no mention is made of the required declination form being provided to the client.

Demos professes its own awareness that agencies in other states such as Indiana, Georgia, Maryland, Massachusetts, Michigan, Mississippi, New Mexico, North Carolina, Ohio, Pennsylvania, Virginia and West Virginia send voter registration applications to individuals who change address by telephone or remote means, again with no mention of whether or not the declination form required by Section 7 NVRA is provided as well.

Demos concludes its amicus brief with an espousal of its own confidence that Louisiana will have no more difficultly integrating voter registration services into Louisiana's various remote processes than have the other states discussed. What Demos fails to consider is that not one of these states appears to have followed the Section 7 NVRA procedure in so doing.

## CONCLUSION

For the additional reasons set forth herein, Appellant respectfully submits that the judgment of the district court be reversed, vacated and set aside.

RESPECTFULLY SUBMITTED,

s/Celia R. Cangelosi
CELIA R. CANGELOSI
Louisiana Bar Roll No. 12140
918 Government Street, Suite 101
P. O. Box 3036
Baton Rouge, Louisiana 70821-3036
Telephone: (225) 387-0511
Facsimile: (225) 387-1973
celiacan@bellsouth.net

s/Carey T. Jones
CAREY T. JONES
Bar Roll No. 07474
1234 Del Este Avenue, Suite 803
P.O. Box 700
Denham Springs, LA 70727
Telephone: (225) 664-0077
Facsimile: (225) 664-9477
tjones@tomjoneslaw.com

*Attorneys for Defendant - Appellant, Tom Schedler, in his Official Capacity as Louisiana Secretary of State*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the "Supplemental Reply Brief of Appellant, Tom Schedler, In Response to the Amicus Curiae Brief Filed By Demos" has been electronically delivered, via the electronic filing system or U.S. Mail, to the following counsel of record:

Ronald L. Wilson (cabral2@aol.com)
Leah Aden (laden@naacpldf.org)
Sarah E. Brannon (sbrannon@projectvote.org)
Israel David (israel.david@friedfrank.com)
Ryan Haygood (rhaygood@naacpldf.org)
Natasha Korgaonkar (nkorgaonkar@naacpldf.org)
Jesse Loffler (jesse.loffler@friedfrank.com)
David Yellin (david.yellin@friedfrank.com)
Michael de Leeuw (michael.deleeuw@friedfrank.com)
Lisa Joy Danetz (ldanetz@demos.org)
April J. Anderson (april.anderson@usdoj.gov)

Baton Rouge, Louisiana, this 26th day of August, 2013.

s/Celia R. Cangelosi
CELIA R. CANGELOSI

# CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

Certificate of Compliance with Type-Volume Limitation,
Typeface Requirements, and Type Style Requirements

1. This brief complies with the type-volume limitation of Fed.R.APP.P.32(a)(7)(B) because:

☒ this brief contains 4,698 words, excluding the parts of the brief exempted by Fed.R.App.P. 32(a)(7)(B)(iii), *or*

☐ this brief uses a mono spaced typeface and contains [*state the number of*] lines of text, excluding the parts of the brief exempted by Fed.R. App.P. 32(a)(7)(B)(iii).

2. This brief complies with the typeface requirements of Fed.R.App.P.32(a)(5) and the type style requirements of Fed.R.App.P. 32(a)(6) because:

☒ this brief has been prepared in a proportionally spaced typeface using Corel WordPerfect X5 in 14 pt. Times New Roman, *or*

☐ this brief has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

s/Celia R. Cangelosi
Celia R. Cangelosi

Attorney for Tom Schedler, in his official capacity as Louisiana Secretary of State, Defendant-Appellant

Dated: August 26, 2013

CASE NO. 13-30185

LUTHER SCOTT, JR., for himself and all other persons similarly situated; LOUISIANA STATE CONFERENCE OF THE NAACP, for themselves and all other persons similarly situated,

Plaintiffs - Appellees

v.

TOM SCHEDLER, in his official capacity as Louisiana Secretary of State,

Defendant - Appellant

## DECLARATION OF RICHARD POCHE, GISP

Pursuant to 28 U.S.C. § 1746, Richard Poche, GISP, declares as follows:

I prepared the letter report attached hereto pursuant to my engagement by counsel on behalf of Louisiana Secretary of State Tom Schedler for the purpose of reviewing and evaluating recognized sources of information, and reporting on the population and registered voters in the State of Louisiana in 2010, based on recognized characteristics including age, race, gender and income.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 23 day of August, 2013, at New Orleans, Louisiana.

Richard Poche, GISP

Exhibit LA-1

GCR Inc.
2021 Lakeshore Drive, Suite 500
New Orleans, Louisiana 70122

TEL 504 304 2500 / 800 259 6192
FAX 504 304 2525
www.gcrConsulting.com

UNO Research & Technology Park
Advanced Technology Center

August 23, 2013

Ms. Celia R. Cangelosi
Attorney at Law
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, LA 70821-3036

RE: Luther Scott, Jr. et al v. Tom Schedler, et al

Dear Ms. Cangelosi:

Please accept this report as a summary of our findings to date in the above captioned matter. I have been engaged to report on the population and registered voters in the State of Louisiana.

In the course of this work the following sources of information were used and relied upon:

1. Block level data from the 2010 US Census; Summary File 1 (SF1)
2. Voter Registration Data from the Secretary of State as of July 1, 2010
3. The Department of Housing and Urban Development (HUD) CHAS data

## I. BACKGROUND & EXPERIENCE

As a certified GIS (Geographic Information System) Professional with more than 15 years of professional experience as a GIS Analyst and landscape architect my support of Louisiana interests span local, parish, and state levels. I am the lead designer for GCR Inc.'s Activity Index, assessing neighborhood energy through an algorithm of parcel-based indicators. I have also worked extensively with GIS information management related to the City of New Orleans to assist with recovery after Hurricane Katrina.

Working over 15 years with geospatial databases and GIS software, I have a keen interest in geo-informatics and data visualizations. I have managed GIS projects for land acquisition, neighborhood assessments, land surveying, housing needs, disaster recovery, coastal restoration, and public infrastructure. I am a recipient of ESRI Special Achievement in GIS Award and I have presented at multiple GIS related conferences.

## II. METHODOLOGY

Voter registration and population data was tabulated by block (as defined by the US Census Bureau) and summed by jurisdiction. A comparable process was used to correlate both CHAS data and voter registration data.

Area median income (AMI) by census tract was assigned to individual blocks and tabulated by income thresholds used by HUD to define economically disadvantaged areas. The classifications used are as follows:

1. Low Income –50% to 80% of the AMI
2. Very Low Income – Less than 50% of AMI
3. Not Low Income – Greater than 80% of AMI

Low-Income families are defined as families whose incomes do not exceed 80 percent of the median family income for the area.
Very low-income families are defined as families whose incomes do not exceed 50 percent of the median family income for the area.

HUD's Section 8 very low-income and low-income limits are calculated in accordance with Section 3(b)(2) of the U.S. Housing Act of 1937, as amended. The very low-income limits (usually based on 50 percent of median family income (MFI) are considered to have the strongest statutory basis. They are the best-defined income limits and have been the subject of specific, limited legislative adjustments subsequent to reviews of the HUD calculation methodology. In addition, a number of other income limit calculations are tied by legislation to their calculation.

Listed below are exhibits provided:

- Statewide report comparing population over 18 to registered voters by age, race, and gender.
- Statewide report comparing population over 18 to NOT Registered to vote by age, race, and gender.
- Statewide report comparing population over 18 to registered voters by age, race, gender, and income characteristics.
- Statewide report comparing population over 18 to NOT Registered to vote by age, race, gender, and income characteristics.
- A statewide map by parish highlighting "low" and "very low" census tracts.
- A statewide map by parish depicting income characteristics.

**III.SUMMARY**

These findings are based on information and documentation received through the report date. My findings would be subject to revisions upon receipt of additional information.

Attached to this report is my Curriculum Vitae which outlines my education and experience. If you have any questions, please do not hesitate to call me.

Sincerely,

GCR Inc.

Richard Poche, GISP

Exhibits Attached

# Richard Poché, GISP

**GIS Analyst**

GCR Inc.
2021 Lakeshore Dr, Suite 500
New Orleans, LA 70122
rpoche@gcrincorporated.com

## Education and Certifications:

B.A., Landscape Architecture, Louisiana State University, Baton Rouge, LA, 1995

## Professional Credentials:

- GISP – Certified GIS Professional
- Licensed Landscape Architect, Louisiana License Number 02-0482, 2000
- ESRI Special Achievement in GIS Award, 2012
- URISA Addressing workshop
- ESRI User Conference Presenter
- LAGIS Remote Sensing Presenter

## Career Experience:

- GIS expert with over 15 years' experience in ArcGIS
- Has written software specifications for numerous GIS applications
- Has created features class metadata for several federal projects as well as the City of New Orleans enterprise geodatabase
- Has attended several training sessions in metadata development and maintenance
- Has developed geoproccessing models and python scripts to enhance productivity and automate repeatable tasks
- Experience setting up and configuring servers and mapping applications to best utilize SQL server and ArcSDE as the back end of GIS enterprise geodatabases functionality
- Created a custom training GIS program for the City of New Orleans Fire Department

## Relevant Project Experience:

- Environmental Justice Support for the New Orleans Metro Area Levee System, US Army Corps of Engineers
  Description of Work: Developed GIS geodatabases using census variables to identify environmental justice compliances around levee improvements.
- Solid Waste Collection Serviced Locations Count, City of New Orleans
  Description of Work: Georeferenced all of the billing accounts and spatially assigned geographic areas to the records for reporting and analysis.
- Veterans Affairs Hospital Development – Project Management and Agency Liaison, Regional Planning Commission for Jefferson, Orleans, Plaquemines, St. Bernard, and St. Tammany Parishes
  Description of Work: Created the geodatabase necessary for monitoring status changes and used other data sources to update parcels for the VA site. Also created GIS projects illustrating bi-weekly updates and changes to the priority acquisition zones. Created over 100 custom maps for use on this project, including existing and proposed infrastructure maps.
- Redistricting Services: Plaquemines Parish School Board, Plaquemines Parish Council, Orleans Parish School Board, City of Kenner, Jefferson Parish, Louisiana Board of Elementary and Secondary Education
  Description of Work: Responsible for setting up the datasets to show the needed census demographics for justice approval including population by race, voting age population and registered voters. Prepared the alternative plans based on the input from elected officials and citizens, and prepared the documents and files for the

submission to the US Department of Justice.

- Professional Services for Jefferson Transit, Jefferson Parish Department of Transit Administration
Description of Work: Responsible for the GIS maps used to catalog and track the condition of bus routes and stops. Updates the maps when routes and stops are added or changed. Creates the maps and produces the reports showing distances by route for use in funding and grant applications. For Title 6, did spatial analysis to determine demographics on population, disability, race, age, and ridership of the transit routes.
- Jefferson Parish ADA Transition Plan, Regional Planning Commission for Jefferson, Orleans, Plaquemines, St. Bernard and St. Tammany Parishes
Description of Work: Created an intersection point file from the street centerlines for Jefferson Parish and developed a priority weighting system based on the location of places of interest such as hospitals, libraries, retail establishments, etc (locations that are most likely to have handicap pedestrian traffic). This weighting was used to determine the intersections that were best to survey, making most efficient use of the funds available. Created a script that would export aerial photos for each intersection and worked with the developers on creating a mobile field survey application.
- Jefferson Parish Emergency Operations Center GIS Support Services – 911, Jefferson Parish
Description of Work: Updating and creating street centerlines, and address points and response zones. Works closely with multiple departments at Fire, Police and EMS to refine their emergency service zones.
- Jefferson Parish Crime Tracker Application, Jefferson Parish Sheriff's Office
Description of work: Worked on many of the geo-processing models and automation routines used, including an automated routine to geo-code calls for service nightly and import module to add updated datasets.
- New Jersey DCA
Description of Work: Assimilated multiple datasets from Census, FEMA, State of NJ, and HUD to determine housing needs based on income levels and damage assessments. Created maps products used in the reports to federal, state, and local officials to allocate CDBG funding. Analysis of flood zones and depths were created to estimate the funding needs by county.
- New York City Rapid Repairs, City of New York
Description of Work: Worked to develop geocoding routines, tracking of structure repairs, contractor's status and FEMA funds for the rapid repairs program after Hurricane Sandy. Survey data from the department of housing and utility records were combined with damage assessments to determine the short and long term housing needs and to track the status of repair progress.
- Post-Disaster GIS Applications - the following projects are GIS development projects that quantify the impacts following natural and man-made disasters:

    <u>Hurricane Isaac Tracking and Impact Analysis</u> - The GIS driven application integrates data from the U.S. Census, business listings, HAZUS, and asset inventories to provide a comprehensive assessment of selected areas.

    <u>Atchafalaya River Basin Flooding Event, 2011</u> – The assessment addressed the people, housing and businesses affected by the high water in the Mississippi River and subsequent flooding of the Morganza Spillway in the Atchafalaya River Basin.

    <u>Hurricane Gustav Wind Field Analysis</u> - The analysis was driven by a GIS tool developed by GCR to relate National Weather Service data to the U.S. Census Block Grid.

    <u>Deepwater Horizon Oil Spill, Gulf of Mexico, 2010</u> - GIS application that established the areas of Plaquemines Parish most at risk based upon wind conditions, currents, and volume of oil released.

    <u>Utility Service Restoration Analysis</u> - The application generates reports by selected geographies – neighborhoods, political office boundaries, or any other "small area" defined by the user.

    <u>Depth of Flooding – New Orleans after Hurricane Katrina</u> - The GIS application is a versatile platform that relates disparate datasets by standardized addresses and geographic coordinates.

# Registered Voters - STATEWIDE

## Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3,415,357 | 1,648,499 | 1,766,858 | 2,221,857 | 1,085,714 | 1,136,143 | 1,026,233 | 474,628 | 551,605 | 167,267 | 88,157 | 79,110 |
| 18 - 24 | 474,531 | 237,638 | 236,893 | 269,041 | 135,670 | 133,371 | 175,080 | 85,172 | 89,908 | 30,410 | 16,796 | 13,614 |
| 25 - 44 | 1,193,032 | 594,748 | 598,284 | 735,936 | 373,497 | 362,439 | 380,017 | 179,294 | 200,723 | 77,079 | 41,957 | 35,122 |
| 45 - 64 | 1,189,937 | 578,824 | 611,113 | 798,259 | 395,098 | 403,161 | 345,665 | 160,435 | 185,230 | 46,013 | 23,291 | 22,722 |
| 65 - 74 | 311,994 | 143,251 | 168,743 | 229,020 | 107,352 | 121,668 | 74,328 | 31,828 | 42,500 | 8,646 | 4,071 | 4,575 |
| 75 + | 245,863 | 94,038 | 151,825 | 189,601 | 74,097 | 115,504 | 51,143 | 17,899 | 33,244 | 5,119 | 2,042 | 3,077 |

## Registered Voters

| | Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,849,588 | 1,288,234 | 1,561,354 | 1,890,005 | 886,220 | 1,003,785 | 892,891 | 366,983 | 525,908 | 66,692 | 35,031 | 31,661 |
| 18 - 24 | 286,599 | 129,392 | 157,207 | 161,121 | 75,655 | 85,466 | 116,819 | 49,606 | 67,213 | 8,659 | 4,131 | 4,528 |
| 25 - 44 | 1,022,674 | 462,941 | 559,733 | 642,412 | 305,944 | 336,468 | 352,657 | 142,220 | 210,437 | 27,605 | 14,777 | 12,828 |
| 45 - 64 | 1,041,310 | 484,910 | 556,400 | 708,420 | 340,184 | 368,236 | 309,947 | 132,221 | 177,726 | 22,943 | 12,505 | 10,438 |
| 65 - 74 | 277,004 | 125,627 | 151,377 | 205,685 | 96,104 | 109,581 | 66,436 | 27,024 | 39,412 | 4,883 | 2,499 | 2,384 |
| 75 + | 222,001 | 85,364 | 136,637 | 172,367 | 68,333 | 104,034 | 47,032 | 15,912 | 31,120 | 2,602 | 1,119 | 1,483 |

## % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 83.4% | 78.1% | 88.4% | 85.1% | 81.6% | 88.4% | 87.0% | 77.3% | 95.3% | 39.9% | 39.7% | 40.0% |
| 18 - 24 | 60.4% | 54.4% | 66.4% | 59.9% | 55.8% | 64.1% | 66.7% | 58.2% | 74.8% | 28.5% | 24.6% | 33.3% |
| 25 - 44 | 85.7% | 77.8% | 93.6% | 87.3% | 81.9% | 92.8% | 92.8% | 79.3% | 104.8% | 35.8% | 35.2% | 36.5% |
| 45 - 64 | 87.5% | 83.8% | 91.0% | 88.7% | 86.1% | 91.3% | 89.7% | 82.4% | 95.9% | 49.9% | 53.7% | 45.9% |
| 65 - 74 | 88.8% | 87.7% | 89.7% | 89.8% | 89.5% | 90.1% | 89.4% | 84.9% | 92.7% | 56.5% | 61.4% | 52.1% |
| 75 + | 90.3% | 90.8% | 90.0% | 90.9% | 92.2% | 90.1% | 92.0% | 88.9% | 93.6% | 50.8% | 54.8% | 48.2% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income



GCR Inc. www.gcrincorporated.com
2021 Lakeshore Drive • New Orleans, LA 70122 • TEL 504 304 2500 / 800 259 6192 • FAX 504 304 2525

# Unregistered Voters - STATEWIDE

## Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3,415,357 | 1,648,499 | 1,766,858 | 2,221,857 | 1,085,714 | 1,136,143 | 1,026,233 | 474,628 | 551,605 | 167,267 | 88,157 | 79,110 |
| 18 - 24 | 474,531 | 237,638 | 236,893 | 269,041 | 135,670 | 133,371 | 175,080 | 85,172 | 89,908 | 30,410 | 16,796 | 13,614 |
| 25 - 44 | 1,193,032 | 594,748 | 598,284 | 735,936 | 373,497 | 362,439 | 380,017 | 179,294 | 200,723 | 77,079 | 41,957 | 35,122 |
| 45 - 64 | 1,189,937 | 578,824 | 611,113 | 798,259 | 395,098 | 403,161 | 345,665 | 160,435 | 185,230 | 46,013 | 23,291 | 22,722 |
| 65 - 74 | 311,994 | 143,251 | 168,743 | 229,020 | 107,352 | 121,668 | 74,328 | 31,828 | 42,500 | 8,646 | 4,071 | 4,575 |
| 75 + | 245,863 | 94,038 | 151,825 | 189,601 | 74,097 | 115,504 | 51,143 | 17,899 | 33,244 | 5,119 | 2,042 | 3,077 |

## Unregistered Voters

| | Unregistered Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 565,769 | 360,265 | 205,504 | 331,852 | 199,494 | 132,358 | 133,342 | 107,645 | 25,697 | 100,575 | 53,126 | 47,449 |
| 18 - 24 | 187,932 | 108,246 | 79,686 | 107,920 | 60,015 | 47,905 | 58,261 | 35,566 | 22,695 | 21,751 | 12,665 | 9,086 |
| 25 - 44 | 170,358 | 131,807 | 38,551 | 93,524 | 67,553 | 25,971 | 27,360 | 37,074 | -9,714 | 49,474 | 27,180 | 22,294 |
| 45 - 64 | 148,627 | 93,914 | 54,713 | 89,839 | 54,914 | 34,925 | 35,718 | 28,214 | 7,504 | 23,070 | 10,786 | 12,284 |
| 65 - 74 | 34,990 | 17,624 | 17,366 | 23,335 | 11,248 | 12,087 | 7,892 | 4,804 | 3,088 | 3,763 | 1,572 | 2,191 |
| 75 + | 23,862 | 8,674 | 15,188 | 17,234 | 5,764 | 11,470 | 4,111 | 1,987 | 2,124 | 2,517 | 923 | 1,594 |

## % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 16.6% | 21.9% | 11.6% | 14.9% | 18.4% | 11.6% | 13.0% | 22.7% | 4.7% | 60.1% | 60.3% | 60.0% |
| 18 - 24 | 39.6% | 45.6% | 33.6% | 40.1% | 44.2% | 35.9% | 33.3% | 41.8% | 25.2% | 71.5% | 75.4% | 66.7% |
| 25 - 44 | 14.3% | 22.2% | 6.4% | 12.7% | 18.1% | 7.2% | 7.2% | 20.7% | -4.8% | 64.2% | 64.8% | 63.5% |
| 45 - 64 | 12.5% | 16.2% | 9.0% | 11.3% | 13.9% | 8.7% | 10.3% | 17.6% | 4.1% | 50.1% | 46.3% | 54.1% |
| 65 - 74 | 11.2% | 12.3% | 10.3% | 10.2% | 10.5% | 9.9% | 10.6% | 15.1% | 7.3% | 43.5% | 38.6% | 47.9% |
| 75 + | 9.7% | 9.2% | 10.0% | 9.1% | 7.8% | 9.9% | 8.0% | 11.1% | 6.4% | 49.2% | 45.2% | 51.8% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income

GCR Inc. www.gcrincorporated.com
2021 Lakeshore Drive • New Orleans, LA 70122 • TEL 504 304 2500 / 800 259 6192 • FAX 504 304 2525

# Registered Voters - STATEWIDE

## 1. Low Income = 50% - 80% of Area Median Income

| Population | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 795,944 | 380,564 | 415,380 | 342,098 | 169,585 | 172,513 | 411,554 | 187,840 | 223,714 | 42,292 | 23,139 | 19,153 |
| 18 - 24 | 133,340 | 65,549 | 67,791 | 52,429 | 26,030 | 26,399 | 72,400 | 34,730 | 37,670 | 8,511 | 4,789 | 3,722 |
| 25 - 44 | 276,064 | 137,449 | 138,615 | 109,573 | 57,910 | 51,663 | 147,340 | 68,669 | 78,671 | 19,151 | 10,870 | 8,281 |
| 45 - 64 | 263,349 | 127,285 | 136,064 | 113,228 | 57,560 | 55,668 | 139,119 | 63,884 | 75,235 | 11,002 | 5,841 | 5,161 |
| 65 - 74 | 68,166 | 30,360 | 37,806 | 34,790 | 16,155 | 18,635 | 31,197 | 13,174 | 18,023 | 2,179 | 1,031 | 1,148 |
| 75 + | 55,025 | 19,921 | 35,104 | 32,078 | 11,930 | 20,148 | 21,498 | 7,383 | 14,115 | 1,449 | 608 | 841 |

| Registered Voters | Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 661,509 | 287,462 | 374,047 | 272,197 | 127,650 | 144,547 | 373,407 | 151,647 | 221,760 | 15,905 | 8,165 | 7,740 |
| 18 - 24 | 74,718 | 32,618 | 42,100 | 23,457 | 10,939 | 12,518 | 48,887 | 20,613 | 28,274 | 2,374 | 1,066 | 1,308 |
| 25 - 44 | 244,512 | 106,606 | 137,906 | 91,207 | 44,262 | 46,945 | 146,752 | 58,886 | 87,866 | 6,553 | 3,458 | 3,095 |
| 45 - 64 | 231,238 | 104,189 | 127,049 | 97,371 | 47,408 | 49,963 | 128,734 | 54,013 | 74,721 | 5,133 | 2,768 | 2,365 |
| 65 - 74 | 60,252 | 25,897 | 34,355 | 30,549 | 14,000 | 16,549 | 28,508 | 11,304 | 17,204 | 1,195 | 593 | 602 |
| 75 + | 50,789 | 18,152 | 32,637 | 29,613 | 11,041 | 18,572 | 20,526 | 6,831 | 13,695 | 650 | 280 | 370 |

| % of Population | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 83.1% | 75.5% | 90.0% | 79.6% | 75.3% | 83.8% | 90.7% | 80.7% | 99.1% | 37.6% | 35.3% | 40.4% |
| 18 - 24 | 56.0% | 49.8% | 62.1% | 44.7% | 42.0% | 47.4% | 67.5% | 59.4% | 75.1% | 27.9% | 22.3% | 35.1% |
| 25 - 44 | 88.6% | 77.6% | 99.5% | 83.2% | 76.4% | 90.9% | 99.6% | 85.8% | 111.7% | 34.2% | 31.8% | 37.4% |
| 45 - 64 | 87.8% | 81.9% | 93.4% | 86.0% | 82.4% | 89.8% | 92.5% | 84.5% | 99.3% | 46.7% | 47.4% | 45.8% |
| 65 - 74 | 88.4% | 85.3% | 90.9% | 87.8% | 86.7% | 88.8% | 91.4% | 85.8% | 95.5% | 54.8% | 57.5% | 52.4% |
| 75 + | 92.3% | 91.1% | 93.0% | 92.3% | 92.5% | 92.2% | 95.5% | 92.5% | 97.0% | 44.9% | 46.1% | 44.0% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income



GCR Inc. www.gcrincorporated.com
2021 Lakeshore Drive • New Orleans, LA 70122 • TEL 504 304 2500 / 800 259 6192 • FAX 504 304 2525

# Registered Voters - STATEWIDE

## 2. Very Low Income = Less Than 50% of Area Median Income

| Population | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 195,290 | 92,375 | 102,915 | 40,191 | 21,599 | 18,592 | 145,542 | 65,307 | 80,235 | 9,557 | 5,469 | 4,088 |
| 18 - 24 | 43,984 | 22,152 | 21,832 | 13,815 | 7,603 | 6,212 | 27,487 | 12,967 | 14,520 | 2,682 | 1,582 | 1,100 |
| 25 - 44 | 63,885 | 31,296 | 32,589 | 10,958 | 6,524 | 4,434 | 48,496 | 22,112 | 26,384 | 4,431 | 2,660 | 1,771 |
| 45 - 64 | 59,381 | 28,273 | 31,108 | 9,369 | 5,008 | 4,361 | 48,182 | 22,296 | 25,886 | 1,830 | 969 | 861 |
| 65 - 74 | 15,051 | 6,215 | 8,836 | 2,901 | 1,333 | 1,568 | 11,791 | 4,709 | 7,082 | 359 | 173 | 186 |
| 75 + | 12,989 | 4,439 | 8,550 | 3,148 | 1,131 | 2,017 | 9,586 | 3,223 | 6,363 | 255 | 85 | 170 |

| Registered Voters | Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 169,031 | 70,867 | 98,164 | 25,572 | 12,423 | 13,149 | 139,012 | 56,072 | 82,940 | 4,447 | 2,372 | 2,075 |
| 18 - 24 | 23,056 | 9,657 | 13,399 | 2,961 | 1,434 | 1,527 | 19,357 | 7,895 | 11,462 | 738 | 328 | 410 |
| 25 - 44 | 62,763 | 26,545 | 36,218 | 8,748 | 4,528 | 4,220 | 52,216 | 21,035 | 31,181 | 1,799 | 982 | 817 |
| 45 - 64 | 56,423 | 24,898 | 31,525 | 8,292 | 4,151 | 4,141 | 46,711 | 19,903 | 26,808 | 1,420 | 844 | 576 |
| 65 - 74 | 13,938 | 5,565 | 8,373 | 2,726 | 1,276 | 1,450 | 10,900 | 4,148 | 6,752 | 312 | 141 | 171 |
| 75 + | 12,851 | 4,202 | 8,649 | 2,845 | 1,034 | 1,811 | 9,828 | 3,091 | 6,737 | 178 | 77 | 101 |

| % of Population | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 86.6% | 76.7% | 95.4% | 63.6% | 57.5% | 70.7% | 95.5% | 85.9% | 103.4% | 46.5% | 43.4% | 50.8% |
| 18 - 24 | 52.4% | 43.6% | 61.4% | 21.4% | 18.9% | 24.6% | 70.4% | 60.9% | 78.9% | 27.5% | 20.7% | 37.3% |
| 25 - 44 | 98.2% | 84.8% | 111.1% | 79.8% | 69.4% | 95.2% | 107.7% | 95.1% | 118.2% | 40.6% | 36.9% | 46.1% |
| 45 - 64 | 95.0% | 88.1% | 101.3% | 88.5% | 82.9% | 95.0% | 96.9% | 89.3% | 103.6% | 77.6% | 87.1% | 66.9% |
| 65 - 74 | 92.6% | 89.5% | 94.8% | 94.0% | 95.7% | 92.5% | 92.4% | 88.1% | 95.3% | 86.9% | 81.5% | 91.9% |
| 75 + | 98.9% | 94.7% | 101.2% | 90.4% | 91.4% | 89.8% | 102.5% | 95.9% | 105.9% | 69.8% | 90.6% | 59.4% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income

# Registered Voters - STATEWIDE

## 3. Not Low Income = Greater Than 80% of Area Median Income

### Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,424,123 | 1,175,560 | 1,248,563 | 1,839,568 | 894,530 | 945,038 | 469,137 | 221,481 | 247,656 | 115,418 | 59,549 | 55,869 |
| 18 - 24 | 297,207 | 149,937 | 147,270 | 202,797 | 102,037 | 100,760 | 75,193 | 37,475 | 37,718 | 19,217 | 10,425 | 8,792 |
| 25 - 44 | 853,083 | 426,003 | 427,080 | 615,405 | 309,063 | 306,342 | 184,181 | 88,513 | 95,668 | 53,497 | 28,427 | 25,070 |
| 45 - 64 | 867,207 | 423,266 | 443,941 | 675,662 | 332,530 | 343,132 | 158,364 | 74,255 | 84,109 | 33,181 | 16,481 | 16,700 |
| 65 - 74 | 228,777 | 106,676 | 122,101 | 191,329 | 89,864 | 101,465 | 31,340 | 13,945 | 17,395 | 6,108 | 2,867 | 3,241 |
| 75 + | 177,849 | 69,678 | 108,171 | 154,375 | 61,036 | 93,339 | 20,059 | 7,293 | 12,766 | 3,415 | 1,349 | 2,066 |

### Registered Voters

| | Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,019,048 | 929,905 | 1,089,143 | 1,592,236 | 746,147 | 846,089 | 380,472 | 159,264 | 221,208 | 46,340 | 24,494 | 21,846 |
| 18 - 24 | 188,825 | 87,117 | 101,708 | 134,703 | 63,282 | 71,421 | 48,575 | 21,098 | 27,477 | 5,547 | 2,737 | 2,810 |
| 25 - 44 | 715,399 | 329,790 | 385,609 | 542,457 | 257,154 | 285,303 | 153,689 | 62,299 | 91,390 | 19,253 | 10,337 | 8,916 |
| 45 - 64 | 753,649 | 355,823 | 397,826 | 602,757 | 288,625 | 314,132 | 134,502 | 58,305 | 76,197 | 16,390 | 8,893 | 7,497 |
| 65 - 74 | 202,814 | 94,165 | 108,649 | 172,410 | 80,828 | 91,582 | 27,028 | 11,572 | 15,456 | 3,376 | 1,765 | 1,611 |
| 75 + | 158,361 | 63,010 | 95,351 | 139,909 | 56,258 | 83,651 | 16,678 | 5,990 | 10,688 | 1,774 | 762 | 1,012 |

### % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 83.3% | 79.1% | 87.2% | 86.6% | 83.4% | 89.5% | 81.1% | 71.9% | 89.3% | 40.1% | 41.1% | 39.1% |
| 18 - 24 | 63.5% | 58.1% | 69.1% | 66.4% | 62.0% | 70.9% | 64.6% | 56.3% | 72.8% | 28.9% | 26.3% | 32.0% |
| 25 - 44 | 83.9% | 77.4% | 90.3% | 88.1% | 83.2% | 93.1% | 83.4% | 70.4% | 95.5% | 36.0% | 36.4% | 35.6% |
| 45 - 64 | 86.9% | 84.1% | 89.6% | 89.2% | 86.8% | 91.5% | 84.9% | 78.5% | 90.6% | 49.4% | 54.0% | 44.9% |
| 65 - 74 | 88.7% | 88.3% | 89.0% | 90.1% | 89.9% | 90.3% | 86.2% | 83.0% | 88.9% | 55.3% | 61.6% | 49.7% |
| 75 + | 89.0% | 90.4% | 88.1% | 90.6% | 92.2% | 89.6% | 83.1% | 82.1% | 83.7% | 51.9% | 56.5% | 49.0% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income

# Registered Voters - STATEWIDE

## TOTALS

### Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3,415,357 | 1,648,499 | 1,766,858 | 2,221,857 | 1,085,714 | 1,136,143 | 1,026,233 | 474,628 | 551,605 | 167,267 | 88,157 | 79,110 |
| 18 - 24 | 474,531 | 237,638 | 236,893 | 269,041 | 135,670 | 133,371 | 175,080 | 85,172 | 89,908 | 30,410 | 16,796 | 13,614 |
| 25 - 44 | 1,193,032 | 594,748 | 598,284 | 735,936 | 373,497 | 362,439 | 380,017 | 179,294 | 200,723 | 77,079 | 41,957 | 35,122 |
| 45 - 64 | 1,189,937 | 578,824 | 611,113 | 798,259 | 395,098 | 403,161 | 345,665 | 160,435 | 185,230 | 46,013 | 23,291 | 22,722 |
| 65 - 74 | 311,994 | 143,251 | 168,743 | 229,020 | 107,352 | 121,668 | 74,328 | 31,828 | 42,500 | 8,646 | 4,071 | 4,575 |
| 75 + | 245,863 | 94,038 | 151,825 | 189,601 | 74,097 | 115,504 | 51,143 | 17,899 | 33,244 | 5,119 | 2,042 | 3,077 |

### Registered Voters

| | Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,849,588 | 1,288,234 | 1,561,354 | 1,890,005 | 886,220 | 1,003,785 | 892,891 | 366,983 | 525,908 | 66,692 | 35,031 | 31,661 |
| 18 - 24 | 286,599 | 129,392 | 157,207 | 161,121 | 75,655 | 85,466 | 116,819 | 49,606 | 67,213 | 8,659 | 4,131 | 4,528 |
| 25 - 44 | 1,022,674 | 462,941 | 559,733 | 642,412 | 305,944 | 336,468 | 352,657 | 142,220 | 210,437 | 27,605 | 14,777 | 12,828 |
| 45 - 64 | 1,041,310 | 484,910 | 556,400 | 708,420 | 340,184 | 368,236 | 309,947 | 132,221 | 177,726 | 22,943 | 12,505 | 10,438 |
| 65 - 74 | 277,004 | 125,627 | 151,377 | 205,685 | 96,104 | 109,581 | 66,436 | 27,024 | 39,412 | 4,883 | 2,499 | 2,384 |
| 75 + | 222,001 | 85,364 | 136,637 | 172,367 | 68,333 | 104,034 | 47,032 | 15,912 | 31,120 | 2,602 | 1,119 | 1,483 |

### % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 83.4% | 78.1% | 88.4% | 85.1% | 81.6% | 88.4% | 87.0% | 77.3% | 95.3% | 39.9% | 39.7% | 40.0% |
| 18 - 24 | 60.4% | 54.4% | 66.4% | 59.9% | 55.8% | 64.1% | 66.7% | 58.2% | 74.8% | 28.5% | 24.6% | 33.3% |
| 25 - 44 | 85.7% | 77.8% | 93.6% | 87.3% | 81.9% | 92.8% | 92.8% | 79.3% | 104.8% | 35.8% | 35.2% | 36.5% |
| 45 - 64 | 87.5% | 83.8% | 91.0% | 88.7% | 86.1% | 91.3% | 89.7% | 82.4% | 95.9% | 49.9% | 53.7% | 45.9% |
| 65 - 74 | 88.8% | 87.7% | 89.7% | 89.8% | 89.5% | 90.1% | 89.4% | 84.9% | 92.7% | 56.5% | 61.4% | 52.1% |
| 75 + | 90.3% | 90.8% | 90.0% | 90.9% | 92.2% | 90.1% | 92.0% | 88.9% | 93.6% | 50.8% | 54.8% | 48.2% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income



GCR Inc. www.gcrincorporated.com
2021 Lakeshore Drive • New Orleans, LA 70122 • TEL 504 304 2500 / 800 259 6192 • FAX 504 304 2525

# Unregistered Voters - STATEWIDE

## 1. Low Income = 50% - 80% of Area Median Income

### Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 795,944 | 380,564 | 415,380 | 342,098 | 169,585 | 172,513 | 411,554 | 187,840 | 223,714 | 42,292 | 23,139 | 19,153 |
| 18 - 24 | 133,340 | 65,549 | 67,791 | 52,429 | 26,030 | 26,399 | 72,400 | 34,730 | 37,670 | 8,511 | 4,789 | 3,722 |
| 25 - 44 | 276,064 | 137,449 | 138,615 | 109,573 | 57,910 | 51,663 | 147,340 | 68,669 | 78,671 | 19,151 | 10,870 | 8,281 |
| 45 - 64 | 263,349 | 127,285 | 136,064 | 113,228 | 57,560 | 55,668 | 139,119 | 63,884 | 75,235 | 11,002 | 5,841 | 5,161 |
| 65 - 74 | 68,166 | 30,360 | 37,806 | 34,790 | 16,155 | 18,635 | 31,197 | 13,174 | 18,023 | 2,179 | 1,031 | 1,148 |
| 75 + | 55,025 | 19,921 | 35,104 | 32,078 | 11,930 | 20,148 | 21,498 | 7,383 | 14,115 | 1,449 | 608 | 841 |

### Unregistered Voters

| | Unregistered Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 134,435 | 93,102 | 41,333 | 69,901 | 41,935 | 27,966 | 38,147 | 36,193 | 1,954 | 26,387 | 14,974 | 11,413 |
| 18 - 24 | 58,622 | 32,931 | 25,691 | 28,972 | 15,091 | 13,881 | 23,513 | 14,117 | 9,396 | 6,137 | 3,723 | 2,414 |
| 25 - 44 | 31,552 | 30,843 | 709 | 18,366 | 13,648 | 4,718 | 588 | 9,783 | -9,195 | 12,598 | 7,412 | 5,186 |
| 45 - 64 | 32,111 | 23,096 | 9,015 | 15,857 | 10,152 | 5,705 | 10,385 | 9,871 | 514 | 5,869 | 3,073 | 2,796 |
| 65 - 74 | 7,914 | 4,463 | 3,451 | 4,241 | 2,155 | 2,086 | 2,689 | 1,870 | 819 | 984 | 438 | 546 |
| 75 + | 4,236 | 1,769 | 2,467 | 2,465 | 889 | 1,576 | 972 | 552 | 420 | 799 | 328 | 471 |

### % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 16.9% | 24.5% | 10.0% | 20.4% | 24.7% | 16.2% | 9.3% | 19.3% | 0.9% | 62.4% | 64.7% | 59.6% |
| 18 - 24 | 44.0% | 50.2% | 37.9% | 55.3% | 58.0% | 52.6% | 32.5% | 40.6% | 24.9% | 72.1% | 77.7% | 64.9% |
| 25 - 44 | 11.4% | 22.4% | 0.5% | 16.8% | 23.6% | 9.1% | 0.4% | 14.2% | -11.7% | 65.8% | 68.2% | 62.6% |
| 45 - 64 | 12.2% | 18.1% | 6.6% | 14.0% | 17.6% | 10.2% | 7.5% | 15.5% | 0.7% | 53.3% | 52.6% | 54.2% |
| 65 - 74 | 11.6% | 14.7% | 9.1% | 12.2% | 13.3% | 11.2% | 8.6% | 14.2% | 4.5% | 45.2% | 42.5% | 47.6% |
| 75 + | 7.7% | 8.9% | 7.0% | 7.7% | 7.5% | 7.8% | 4.5% | 7.5% | 3.0% | 55.1% | 53.9% | 56.0% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income



GCR Inc. www.gcrincorporated.com
2021 Lakeshore Drive • New Orleans, LA 70122 • TEL 504 304 2500 / 800 259 6192 • FAX 504 304 2525

# Unregistered Voters - STATEWIDE

## 2. Very Low Income = Less Than 50% of Area Median Income

### Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 195,290 | 92,375 | 102,915 | 40,191 | 21,599 | 18,592 | 145,542 | 65,307 | 80,235 | 9,557 | 5,469 | 4,088 |
| 18 - 24 | 43,984 | 22,152 | 21,832 | 13,815 | 7,603 | 6,212 | 27,487 | 12,967 | 14,520 | 2,682 | 1,582 | 1,100 |
| 25 - 44 | 63,885 | 31,296 | 32,589 | 10,958 | 6,524 | 4,434 | 48,496 | 22,112 | 26,384 | 4,431 | 2,660 | 1,771 |
| 45 - 64 | 59,381 | 28,273 | 31,108 | 9,369 | 5,008 | 4,361 | 48,182 | 22,296 | 25,886 | 1,830 | 969 | 861 |
| 65 - 74 | 15,051 | 6,215 | 8,836 | 2,901 | 1,333 | 1,568 | 11,791 | 4,709 | 7,082 | 359 | 173 | 186 |
| 75 + | 12,989 | 4,439 | 8,550 | 3,148 | 1,131 | 2,017 | 9,586 | 3,223 | 6,363 | 255 | 85 | 170 |

### Unregistered Voters

| | Unregistered Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 26,259 | 21,508 | 4,751 | 14,619 | 9,176 | 5,443 | 6,530 | 9,235 | -2,705 | 5,110 | 3,097 | 2,013 |
| 18 - 24 | 20,928 | 12,495 | 8,433 | 10,854 | 6,169 | 4,685 | 8,130 | 5,072 | 3,058 | 1,944 | 1,254 | 690 |
| 25 - 44 | 1,122 | 4,751 | -3,629 | 2,210 | 1,996 | 214 | -3,720 | 1,077 | -4,797 | 2,632 | 1,678 | 954 |
| 45 - 64 | 2,958 | 3,375 | -417 | 1,077 | 857 | 220 | 1,471 | 2,393 | -922 | 410 | 125 | 285 |
| 65 - 74 | 1,113 | 650 | 463 | 175 | 57 | 118 | 891 | 561 | 330 | 47 | 32 | 15 |
| 75 + | 138 | 237 | -99 | 303 | 97 | 206 | -242 | 132 | -374 | 77 | 8 | 69 |

### % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 13.4% | 23.3% | 4.6% | 36.4% | 42.5% | 29.3% | 4.5% | 14.1% | -3.4% | 53.5% | 56.6% | 49.2% |
| 18 - 24 | 47.6% | 56.4% | 38.6% | 78.6% | 81.1% | 75.4% | 29.6% | 39.1% | 21.1% | 72.5% | 79.3% | 62.7% |
| 25 - 44 | 1.8% | 15.2% | -11.1% | 20.2% | 30.6% | 4.8% | -7.7% | 4.9% | -18.2% | 59.4% | 63.1% | 53.9% |
| 45 - 64 | 5.0% | 11.9% | -1.3% | 11.5% | 17.1% | 5.0% | 3.1% | 10.7% | -3.6% | 22.4% | 12.9% | 33.1% |
| 65 - 74 | 7.4% | 10.5% | 5.2% | 6.0% | 4.3% | 7.5% | 7.6% | 11.9% | 4.7% | 13.1% | 18.5% | 8.1% |
| 75 + | 1.1% | 5.3% | -1.2% | 9.6% | 8.6% | 10.2% | -2.5% | 4.1% | -5.9% | 30.2% | 9.4% | 40.6% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income

# Unregistered Voters - STATEWIDE

## 3. Not Low Income = Greater Than 80% of Area Median Income

### Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,424,123 | 1,175,560 | 1,248,563 | 1,839,568 | 894,530 | 945,038 | 469,137 | 221,481 | 247,656 | 115,418 | 59,549 | 55,869 |
| 18 - 24 | 297,207 | 149,937 | 147,270 | 202,797 | 102,037 | 100,760 | 75,193 | 37,475 | 37,718 | 19,217 | 10,425 | 8,792 |
| 25 - 44 | 853,083 | 426,003 | 427,080 | 615,405 | 309,063 | 306,342 | 184,181 | 88,513 | 95,668 | 53,497 | 28,427 | 25,070 |
| 45 - 64 | 867,207 | 423,266 | 443,941 | 675,662 | 332,530 | 343,132 | 158,364 | 74,255 | 84,109 | 33,181 | 16,481 | 16,700 |
| 65 - 74 | 228,777 | 106,676 | 122,101 | 191,329 | 89,864 | 101,465 | 31,340 | 13,945 | 17,395 | 6,108 | 2,867 | 3,241 |
| 75 + | 177,849 | 69,678 | 108,171 | 154,375 | 61,036 | 93,339 | 20,059 | 7,293 | 12,766 | 3,415 | 1,349 | 2,066 |

### Unregistered Voters

| | Unregistered Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 405,075 | 245,655 | 159,420 | 247,332 | 148,383 | 98,949 | 88,665 | 62,217 | 26,448 | 69,078 | 35,055 | 34,023 |
| 18 - 24 | 108,382 | 62,820 | 45,562 | 68,094 | 38,755 | 29,339 | 26,618 | 16,377 | 10,241 | 13,670 | 7,688 | 5,982 |
| 25 - 44 | 137,684 | 96,213 | 41,471 | 72,948 | 51,909 | 21,039 | 30,492 | 26,214 | 4,278 | 34,244 | 18,090 | 16,154 |
| 45 - 64 | 113,558 | 67,443 | 46,115 | 72,905 | 43,905 | 29,000 | 23,862 | 15,950 | 7,912 | 16,791 | 7,588 | 9,203 |
| 65 - 74 | 25,963 | 12,511 | 13,452 | 18,919 | 9,036 | 9,883 | 4,312 | 2,373 | 1,939 | 2,732 | 1,102 | 1,630 |
| 75 + | 19,488 | 6,668 | 12,820 | 14,466 | 4,778 | 9,688 | 3,381 | 1,303 | 2,078 | 1,641 | 587 | 1,054 |

### % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 16.7% | 20.9% | 12.8% | 13.4% | 16.6% | 10.5% | 18.9% | 28.1% | 10.7% | 59.9% | 58.9% | 60.9% |
| 18 - 24 | 36.5% | 41.9% | 30.9% | 33.6% | 38.0% | 29.1% | 35.4% | 43.7% | 27.2% | 71.1% | 73.7% | 68.0% |
| 25 - 44 | 16.1% | 22.6% | 9.7% | 11.9% | 16.8% | 6.9% | 16.6% | 29.6% | 4.5% | 64.0% | 63.6% | 64.4% |
| 45 - 64 | 13.1% | 15.9% | 10.4% | 10.8% | 13.2% | 8.5% | 15.1% | 21.5% | 9.4% | 50.6% | 46.0% | 55.1% |
| 65 - 74 | 11.3% | 11.7% | 11.0% | 9.9% | 10.1% | 9.7% | 13.8% | 17.0% | 11.1% | 44.7% | 38.4% | 50.3% |
| 75 + | 11.0% | 9.6% | 11.9% | 9.4% | 7.8% | 10.4% | 16.9% | 17.9% | 16.3% | 48.1% | 43.5% | 51.0% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income

# Unregistered Voters - STATEWIDE

## TOTALS

### Population

| | Pop 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3,415,357 | 1,648,499 | 1,766,858 | 2,221,857 | 1,085,714 | 1,136,143 | 1,026,233 | 474,628 | 551,605 | 167,267 | 88,157 | 79,110 |
| 18 - 24 | 474,531 | 237,638 | 236,893 | 269,041 | 135,670 | 133,371 | 175,080 | 85,172 | 89,908 | 30,410 | 16,796 | 13,614 |
| 25 - 44 | 1,193,032 | 594,748 | 598,284 | 735,936 | 373,497 | 362,439 | 380,017 | 179,294 | 200,723 | 77,079 | 41,957 | 35,122 |
| 45 - 64 | 1,189,937 | 578,824 | 611,113 | 798,259 | 395,098 | 403,161 | 345,665 | 160,435 | 185,230 | 46,013 | 23,291 | 22,722 |
| 65 - 74 | 311,994 | 143,251 | 168,743 | 229,020 | 107,352 | 121,668 | 74,328 | 31,828 | 42,500 | 8,646 | 4,071 | 4,575 |
| 75 + | 245,863 | 94,038 | 151,825 | 189,601 | 74,097 | 115,504 | 51,143 | 17,899 | 33,244 | 5,119 | 2,042 | 3,077 |

### Unregistered Voters

| | Unregistered Voters 18+ | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 565,769 | 360,265 | 205,504 | 331,852 | 199,494 | 132,358 | 133,342 | 107,645 | 25,697 | 100,575 | 53,126 | 47,449 |
| 18 - 24 | 187,932 | 108,246 | 79,686 | 107,920 | 60,015 | 47,905 | 58,261 | 35,566 | 22,695 | 21,751 | 12,665 | 9,086 |
| 25 - 44 | 170,358 | 131,807 | 38,551 | 93,524 | 67,553 | 25,971 | 27,360 | 37,074 | -9,714 | 49,474 | 27,180 | 22,294 |
| 45 - 64 | 148,627 | 93,914 | 54,713 | 89,839 | 54,914 | 34,925 | 35,718 | 28,214 | 7,504 | 23,070 | 10,786 | 12,284 |
| 65 - 74 | 34,990 | 17,624 | 17,366 | 23,335 | 11,248 | 12,087 | 7,892 | 4,804 | 3,088 | 3,763 | 1,572 | 2,191 |
| 75 + | 23,862 | 8,674 | 15,188 | 17,234 | 5,764 | 11,470 | 4,111 | 1,987 | 2,124 | 2,517 | 923 | 1,594 |

### % of Population

| | Total | Male | Female | Total White | White Male | White Female | Total AA | AA Male | AA Female | Total Other Race | Other Race Male | Other Race Female |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 16.6% | 21.9% | 11.6% | 14.9% | 18.4% | 11.6% | 13.0% | 22.7% | 4.7% | 60.1% | 60.3% | 60.0% |
| 18 - 24 | 39.6% | 45.6% | 33.6% | 40.1% | 44.2% | 35.9% | 33.3% | 41.8% | 25.2% | 71.5% | 75.4% | 66.7% |
| 25 - 44 | 14.3% | 22.2% | 6.4% | 12.7% | 18.1% | 7.2% | 7.2% | 20.7% | -4.8% | 64.2% | 64.8% | 63.5% |
| 45 - 64 | 12.5% | 16.2% | 9.0% | 11.3% | 13.9% | 8.7% | 10.3% | 17.6% | 4.1% | 50.1% | 46.3% | 54.1% |
| 65 - 74 | 11.2% | 12.3% | 10.3% | 10.2% | 10.5% | 9.9% | 10.6% | 15.1% | 7.3% | 43.5% | 38.6% | 47.9% |
| 75 + | 9.7% | 9.2% | 10.0% | 9.1% | 7.8% | 9.9% | 8.0% | 11.1% | 6.4% | 49.2% | 45.2% | 51.8% |

Data Sources: [Population] - 2010 U.S. Census Summary File 1 (SF1), [Voter Registration] - Louisiana Secretary of State July 1,2010 Voter Registration

Definitions: [Very Low Income] = Less Than 50% of Area Median Income, [Low Income] = 50% - 80% of Area Median Income, [Not Low Income] = Greater Than 80% of Area Median Income


HUD CHAS
INCOME DATA
2010 Census Tracts
Low Income
Very Low Income
Not Low Income
Source: 2010 HUD CHAS income data


Median Household Income
0 - $20,000
$20,001 - $30,000
$30,001 - $40,000
$40,001 - $50,000
$50,001 +
Source: American Community Survey 5-year average